IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

Ronald Beaman,

        Plaintiff

vs.                              Case No. 2:10-cv-00625-LH-LAM

Monarch Recovery Management, Inc.
and North Star Capital Acquisition, LLC,

        Defendant

## NOTICE OF SETTLEMENT

**NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the District Court of New Mexico, Plaintiff's Notice of Settlement with all claims pending having been settled. Plaintiff hereby respectfully requests that this Court allow sixty (60) days within which to complete the settlement and file a Dismissal. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully Submitted,

s/Larry Leshin
Larry Leshin
Weisberg & Meyers, LLC
1216 Indiana St. NE
Albuquerque, NM 87110
866 775 3666
866 565 1327 facsimile
Attorney for Plaintiff

Filed electronically on this 27th day of December, 2010, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system on this 27th day of December, 2010 to:

Mr. Charles J. Vigil, Esq.
RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
P.O. Box 1888
Albuquerque NM 87103


By: s/Jessica DeCandia
     Jessica DeCandia