IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**RONALD BEAMAN,**

       **Plaintiff,**

**vs.**                                                                 **No. CIV-10-0625 LH/LAM**

**MONARCH RECOVERY MANAGEMENT INC., et al.,**

       **Defendants.**

# ORDER TO FILE CLOSING DOCUMENTS AS A RESULT OF SETTLEMENT

**THIS MATTER** is before the Court on Plaintiff's *Notice of Settlement (Doc. 40)*, filed December 27, 2010, stating that all pending claims have been settled, and asking for sixty (60) days within which to file closing documents.

**WHEREFORE, IT IS HEREBY ORDERED THAT** closing documents must be filed no later than **Friday, February 25, 20110**, absent a request for an extension and a showing of good cause.

**IT IS FURTHER ORDERED THAT** all settings in this case *before the Honorable Lourdes A. Martínez* are **VACATED** *(all other settings shall remain the same unless otherwise notified by the presiding judge).*

**IT IS SO ORDERED.**

                                                                                   _____
                                                                                   **LOURDES A. MARTÍNEZ**
                                                                                    **UNITED STATES MAGISTRATE JUDGE**